| DIST. | OFF. | DOCKET NUMBER YR. | DOCKET NUMBER | FILING DATE MO | FILING DATE DAY | FILING DATE YEAR | J | N/S | O | D PTF | R DEF | R 23 | $ DEMAND Nearest $1,000 | JUDGE/ MAG. NO. | COUNTY | JURY DEM. | DOCKET YR. | DOCKET NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TR FR 0425 | 2 1 | 82 83 | 2614 1002 | 01 | 04 | 83 | 3 | 442 | 1 | | | | 500 | J 2608 2510 M 2505 | 88888 | P | 83 | 1002 |

**PLAINTIFFS**

KEITH, MARGARET J.

**DEFENDANTS**

Dismissed by Order of 1-15-87
~~CITY OF BLUEFIELD, a municipal corporation;~~ BLUEFIELD MUNICIPAL BUILDING COMMISSION: BLUEFIELD COMMUNITY HOSPITAL, INC., a West Virginia corporation; PAWLOWSKI, EUGENE P., individually and as Administrator of Bluefield Community Hospital, Inc.; WECHSLER, DONALD M., individually and as Associate Administrator of Bluefield Community Hospital, Inc.; WALK, GRACE, individually and as Director of Nursing of Bluefield Community Hospital, Inc.; and BROWN, KAREL, individually and as Head Nurse for Bluefield Community Hospital, Inc.

SCANNED

TRANSFERRED FROM CHARLESTON DIVISION

**CAUSE**

(CITE THE U.S. CIVIL STATUTE UNDER WHICH THE CASE IS FILED AND WRITE A BRIEF STATEMENT OF CAUSE)

42 USC 1983, 1985, 1986 & 1988 - Allege discharge from employment w/o a proper hearing in violation of her rights under the Constitution of the USA

MLS

**ATTORNEYS**

Leo Catsonis
205 Security Bldg.
Charleston    25301

343-4683

J. David Cecil
CECIL, PEARSON & BARTH
P. O. Box 129
Charleston    25321

342-7111

Dismissed by Order entered 01-15-87
~~CITY OF BLUEFIELD~~
John W. Feuchtenberger, City Solicitor
~~KWASS, STONE, MCGHEE & FEUCHTENBERGER~~
~~P. O. Box 1459~~
~~Bluefield        24701~~

~~327-8193~~

ALL OTHER DEFENDANTS
Guy W. Perkins, Esquire
KATZ, KANTOR, KATZ, PERKINS & CAMERON
P. O. Box 727
Bluefield    24701

327-3551

**FILING FEES PAID**

| CHECK HERE IF CASE WAS FILED IN FORMA PAUPERIS | DATE | RECEIPT NUMBER | C.D. NUMBER | STATISTICAL CARDS CARD | DATE MAILED |
|---|---|---|---|---|---|
| | | FEE PAID AT CHARLESTON | | JS-5 | |
| | | | | JS-6 | |

UNITED STATES DISTRICT COURT DOCKET                                                    DC-111 (Rev. 7/80)

CA 83-1002  MARGARET J. KEITH vs. CITY OF BLUEFIELD, a municipal corp., al    COMPLAINT filed 12-17-82

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| **1983** | | |
| Jan. 4 | | RECEIVED FROM CHARLESTON DIVISION DOCUMENT 1 (COMPLAINT) & DOCUMENT 2 (ORDER TRANSFERRING CASE TO BLUEFIELD DIV.)   mls |
| Dec. 27 | 3 | ANSWER OF DFT. CITY OF BLUEFIELD   mls |
| Dec. 27 | 4 | Motion For Transfer & To Dismiss, of Dft. City of Bluefield, filed by dft. City of Bluefield w/Not. of Mot. for hearing to be set by Court   mls |
| Jan. 12 | 5 | Return of Service by Private Service as to all dfts. except Bluefield Community Hospital, Inc.   mls |
| Jan. 13 | 6 | ORDER (WMK) docketing case at Bluefield (cc all counsel & Chas. Clerk)   mls |
| Jan. 14 | 7 | Return of Service of Complaint on Secy. State for dft. Blfd. Community Hosp.   mls |
| Jan. 20 | 8 | Motion to Dismiss by dft. Blfd. Municipal Bldg. Comm. w/Not. of Mot. for time conv. to court   mls |
| Jan. 24 | 9 | ORDER (WMK): time within which Defts., Bluefield Community Hospital, Inc., Eugene P. Pawlowski, Donald M. Wechsler, Grace Walk & Karel Brown are required to answer or otherwise plead to Pltf's complaint extended to 2/1/83   CC/Counsel   35/266 dlh |
| Jan. 31 | 10 | ANSWER of Defts., Bluefield Community Hospital, Inc., Eugene P. Pawlowski, Donald M. Wechsler, Grace Walk & Karel Brown   dlh |
| Feb. 7 | 11 | RETURNS/of (2) Summons & Complaint on Donald M. Wechsler of Bluefield, VA, & Ned Shott of Bluefield, WV 2/3/83 by Ondrel R. Roe   dlh |
| Mar. 2 | 12 | ORDER (CHH) reassigning action from Judge Kidd to Judge Copenhaver   CC/Counsel  dlh |
| July 28 | 13 | ORDER (JTC) cancelling status conf. set 8-8-83, BL; mot. to join addl. parties, amend pleadings, etc. to be filed by 8-26-83; the mots., etc. shall be supported where approp., w/briefs at time of filing; responsive brief due w/in 20 days; reply brief, if any, to be filed w/in 10 days; dfts shall file brief in support of their mots. to dismiss by 8-15-83 w/responses & replies to be filed as stated; parties to inform court by 8-15-83 if these motions to be converted to mots. for S/J & accordingly whether an adjustment in schedule set forth is required; all discovery to be compl. by 12-15-83; mots. in nature of S/J, w/brief, affids, & exhibits, to be filed by 12-19-83; responses, w/brief, affids. & exhibits to be filed by 1-6-84; replies, if any, to be filed by 1-18-84; P/T conf. set 2:30 pm. 2-17-84, BL etc; P/T Order to be submitted w/in 7 days after P/T conf unless court specifies another date at that time; J/T set 9:30 a.m., 4-2-84, BL; (cc counsel)   mls |
| Sept. 20 | 14 | NOTICE of Deft., Bluefield Municipal Bldg. Comm., of filing of Affidavit & Memorandum in support of Mtn to dismiss which raise matters outside pleading & thus render said Motion in nature of Mtn for S/J & for hrg. at time set by Ct. dlh |
| | 15 | AFFIDAVIT of Fred Burton in support of Mtn   dlh |
| | -- | MEMORANDUM of Deft., Bluefield Municipal Bldg. Comm., in Support of its Mtn to Dismiss   dlh |
| Oct. 11 | 16 | Dft Bluefield Community Hospital's Interrog. to Ptf.   mls |
| Nov. 25 | 17 | MOTION of Defts., Blfd. Municipal Bldg. Comm.; Bluefield Community Hosp., Inc.; Pawlowski, Wechsler, Walk & Brown, to Compel Discovery w/NOTICE of hrg. at date & time set by Court   dlh |
| Nov. 30 | 18 | NOTICE of Pltf to Take Depositions of Fred P. Burton, Eugene P. Pawlowski, Donald M. Wechsler, Grace Walk & Carol Brown 12-09-83   dlh |
| Dec. 2 | 19 | NOTICE of Defts., Bluefield Municipal Bldg. Comm.; Bluefield Community Hosp, Inc.; Eugene P. Pawlowski, Donald M. Wechsler, Grace Walk & Karel Brown to Take Deposition of Pltf 12-10-83 |
| Dec. 5 | 20 | ANSWERS of Pltf to Interrogs by Deft., Bluefield Community Hosp., Inc./ Exh. not attached   dlh |
| | 21 | RESPONSE of Pltf to Motion to Produce   dlh |
| Dec. 13 | 22 | Response of dfts. to Request for Prod. Embodied in Ptf's Notice to Take Dep.   mls |
| Dec. 14 | 23 | Ptf's Motion to Compel Discovery w/Not. of Mot. for hrg conven. to court   mls |

CIVIL DOCKET CONTINUATION SHEET                                          FPI-MAR

| PLAINTIFF | DEFENDANT | DOCKET NO. 83-1002 |
|---|---|---|
| MARGARET J. KEITH | CITY OF BLUEFIELD, a municipal corp., et al | PAGE ___ OF ___ PAGES |

PROCEEDINGS  PRE-TRIAL HELD 2-17-84

| DATE | NR. | | |
|---|---|---|---|
| **1983** | | | |
| Dec. 15 | 24 | DEPOSITION OF MARGARET KEITH taken 12-11-83 (1 Vol.) | mls |
| Dec. 15 | 25 | DEPOSITION OF KAREL H. BROWN taken 12-11-83 (1 Vol.) | mls |
| Dec. 15 | 26 | DEPOSITION OF DONALD M. WECHSLER taken 12-10-83 (1 Vol.) | mls |
| Dec. 15 | 27 | DEPOSITION OF EUGENE P. PAWLOWSKI taken 12-10-83 (1 Vol.) | mls |
| Dec. 15 | 28 | DEPOSITION OF FRED P. BURTON taken 12-10-83 (1 Vol.) | mls |
| Dec. 15 | 29 | DEPOSITION OF GRACE R. WALK taken 12-11-83 (1 Vol.) | mls |
| Dec. 19 | 30 | MOTION of Defts., Bluefield Municipal Building Commission, Bluefield Community Hospital, Inc., Eugene P. Pawlowski, Donald M. Wechsler, Grace Walk & Karel Brown for Summary Judgment w/NOTICE of hrg. at date & time set by Court | dlh |
| | -- | MEMORANDUM in Support of Mtn of above Defts. for Summary Judgment | dlh |
| Dec. 30 | 31 | ORDER (CHH) reassigning action from Judge Copenhaver to Judge Hallanan | CC/Counsel |
| **1984** | | | |
| Feb. 17 | 32 | Ptf's Motion in Opposition to Dft's Motion for S/J | mls |
| Feb. 22 | --- | REPLY OF DFTS', BLFD. MUNICIPAL BLDG. COMM., BLFD. COMMUNITY HOSPITAL, INC., EUGENE PAWLOWSKI, DONALD M. WECHSLER, GRACE WALK, & KAREL BROWN, TO PLTF'S MOTION IN OPPOSITION TO DFTS' MOTION FOR SUMMARY JUDGMENT | mjp |
| Feb. 27 | 33 | Pltf's MOTION TO COMPEL DISCOVERY w/NOTICE OF MOTION for hearing to be determined by Court | mjp |
| Feb. 27 | 34 | Pltf's MOTION TO TRANSFER TRIAL w/NOTICE OF MOTION for hearing to be determined by Court | mjp |
| Feb. 27 | 35 | ORDER (EVH) pltf. shall file motion to extend discovery deadline & motion to compel prod. of documents by 2/27/84 & dft. shall respond & file motion for protective order no later than 10 days thereafter (cc counsel) | mjp |
| Mar. 2 | 36 | RESPONSE OF DFTS', BLUEFIELD MUNICIPAL BLDG. COMMISSION, BLUEFIELD COMMUNITY HOSPITAL, INC., EUGENE P. PAWLOWSKI, DONALD M. WECHSLER, GRACE WALK & KAREL BROWN, TO PLTF'S MOTIONS TO COMPEL DISCOVERY | mjp |
| Mar. 2 | 37 | RESPONSE OF DFTS', BLUEFIELD MUNICIPAL BLDG. COMMISSION, BLUEFIELD COMMUNITY HOSPITAL, INC., EUGENE P. PAWLOWSKI, DONALD M. WECHSLER, GRACE WALK & KAREL BROWN, TO PLTF'S MOTION TO TRANSFER TRIAL | mjp |
| Apr. 10 | 38 | ORDER (EVH) next previous time-frame Order is VACATED; pltf. shall file Brief in support of mot. to compel w/in 15 days of date of this Order; dfts. to file any response w/in 10 days thereafter; pltf.'s mot. to transfer trial herein to be disposed of at time pltf.'s mot. to compel is decided | mjp |
| Apr. 30 | 39 | Ltr. fr pltf.'s counsel requesting Court stay all matters due to medical problems of counsel | mjp |
| May 11 | 40 | ORDER (EVH) further act. in this matter is ORDERED STAYED pending resolution of medical problems of pltf.'s counsel; Atty. David Cecil to keep Court informed of status of his co-counsel (cc counsel) | mjp |
| **1986** | | | |
| July 23 | 41 | ORDER (EVH) referring case to Hon. Charles H. Haden II, Chief Judge for reassignment (cc counsel) | mjp |
| July 25 | 42 | ORDER (CHH) reassigning case to Hon. Dennis R. Knapp, Senior Judge (cc counsel) | mjp |
| Sept. 8 | 43 | ORDER (DRK): status conf. set 10-2-86, 11:00 a.m., Blfd. (cc counsel) | mjp |
| Oct. 15 | --- | Dfts. Blfd. Municipal Bldg. Commission, Blfd. Community Hospital, Pawlowski, Wechsler, Walk & Brown's Suppl Brief in Supp of Their Mot. for S/J | mjp |
| Oct. 16 | 44 | ORDER (DRK) for 10-2-86 status conf.: as result, ORDERED S/J mot. be filed by 10-15-86; response by 10-22-86 & reply by 10-31-86; disc. shall be completed by 12-15-86; all mots. shall be filed by 12-31-86; pretrial order w/proposed instructions & exhibits by 2-2-87; final pretrial/settlement conf. & hrg. on pending mots. 11:00 a.m., 2-9-87, Blfd. & JT 2-10-87, 10:00 a.m., Blfd. (cc counsel) | mjp |

DC-111A REV. 9/75

CIVIL DOCKET CONTINUATION SHEET                                               FPI-MAR

| PLAINTIFF | DEFENDANT | |
|---|---|---|
| MARGARET J. KEITH | CITY OF BLUEFIELD, et al, | DOCKET NO. 83-1002 |
| | | PAGE ___ OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 1986 | | |
| Nov. 14 | -- | Pltf.'s Suppl Brief in Oppos. to Dfts. Mot. for S/J                               mjp |
| Nov. 20 | -- | Dfts.' Brief in Reply to Pltf.'s Suppl Brief in Oppos. to Dfts.' Mot. for S/J mjp |
| 1987 | | |
| Jan. 15 | 45 | ORDER (DRK): pur to status conf. held 01-14-87, dft. City of Blfd.'s Mot. to Dismiss is GRANTED & said City is dismissed w/prej. as pty. to this action (cc counsel)                                                                                mjp |
| Mar. 9 | 46 | ORDER (DRK): parties announced to Court that compromise settlement of all matters had been reached & jointly moved Court to dism. action & it is ORDERED that this action shall be dismissed w/prej. as to all pty. dfts. & Clk ORDERED to omit action fr Court dockets (cc counsel)                                        mjp |
| | | CLOSED |

DC-111A REV. (1/75)

| DIST. O. | DOCKET NUMBER | FILING DATE MO DAY YEAR | J | N/S | O | D PTF DEF | R 23 | $ DEMAND Nearest $1,000 | JUDGE/ MAG. NO. | COUNTY | JURY DEM. | DOCKET YR. NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0425 02 | 82 2514 | 12 17 82 | 3 | 442 | 1 | | | 500 | 2510 M | 88888 | YES | 82 2614 |

### PLAINTIFFS

KEITH, MARGARET J.

BL CA # 83-1002

### DEFENDANTS

CITY OF BLUEFIELD, a municipal corporation; BLUEFIELD MUNICIPAL BUILDING COMMISSION; BLUEFIELD COMMUNITY HOSPITAL, INC., a West Virginia corporation; PAWLOWSKI, EUGENE P., individually and as Administrator of Bluefield Community Hospital, Inc.; WECHSLER, DONALD M., individually and as Associate Administrator of Bluefield Community Hospital, Inc.; WALK, GRACE, individually and as Director of Nursing of Bluefield Community Hospital, Inc.,; and BROWN, KAREL, individually and as Head Nurse for Bluefield Community Hospital, Inc.

### CAUSE
(CITE THE U.S. CIVIL STATUTE UNDER WHICH THE CASE IS FILED AND WRITE A BRIEF STATEMENT OF CAUSE)

42 U.S.C. 1983, 1985, 1986 & 1988 – Allege discharge from employment w/o a proper hearing in violation of her rights under the Constitution of the USA

eap

### ATTORNEYS

Leo Catsonis
205 Security Bldg.
Charleston, W  25301
343-4683

J. David Cecil
CECIL, PEARSON & BARTH
P. O. Box 129
Charleston, W  25321
342-7111

A TRUE COPY Certified this 1st day of Jan, 19 83
RONALD D. LAWSON, CLERK
BY _____ DEPUTY

| CHECK HERE CASE WAS FILED IN FORMA PAUPERIS | FILING FEES PAID | | | STATISTICAL CARDS | |
|---|---|---|---|---|---|
| | DATE | RECEIPT NUMBER | C.D. NUMBER | CARD | DATE MAILED |
| | 12-17-82 | 3940 | | JS-5 | |
| | | | | JS-6 | |

CA 82-2614 Margaret J. Keith v. City of Bluefield et al 2510

| DR. | | PROCEEDINGS |
|---|---|---|
| 1982 Dec 1 | 1 | COMPLAINT   Issued Summons + 8 copies ret. 30 days   eap |
| Dec 23 | 2 | ORDER(2507)Action transferred to the Bluefield Division(EOD 12/23/82) cc:atys and case not closed   amd |
| 1983 January 3 | | File sent certified mail to Bluefield office this date together with certified copy of docket sheet   amd |